# EXHIBIT B

# HAWK '462 Claim Chart — Goodwill Industries of Northwest North Carolina, Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: | *(Abstract, ll. 1-8)* A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical. | **View cameras from multiple Surveillix recorders on the same screen.**<br><br>- **Full Hybrid channels on all models**<br>- 8 to 32 Analog Channels<br>- **240/480 FPS Analog Recording Rate**<br>- Up to 8TB removable HDD Storage<br>- H.264, MPEG4 and MJPEG codec | Surveillix SCS Software provides live view and storage of videos.<br><br>http://www.toshibasecurity.com/pdf/_datasheets/SCS_PC.pdf |

HAWK '462 Claim Chart — Goodwill Industries of Northwest North Carolina, Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from ~~a plurality of~~ *one or more* sources; | *(Abstract, Il. 1-8)* A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66–3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | [diagram showing Network Cameras, NVR Software Machine, SCS Management Station connected via LAN Switch to External Storage, with ANALOG CAMERAS and Standard Remote Connection circled]<br><br>**SCS Software is a Multi-site Video Management Software, a powerful utility that allows you to control over 100 units using one computer. This software allows you to view live video, search saved video, edit and configure setup on each recorder.** | SCS Software receives videos from one or more cameras on a personal computer.<br><br>http://www.toshibasecurity.com/pdf/_datasheets/SCS_Spec_Sheet.pdf<br><br>http://www.toshibasecurity.com/pdf/_datasheets/SCS_PC.pdf |

# HAWK '462 Claim Chart — Goodwill Industries of Northwest North Carolina, Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing one or more any of the images if not already in digital form *using an analog-to-digital converter,* | *(Abstract, ll. 1-8)* A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | [Network diagram showing ANALOG CAMERAS, Standard Remote Connection, External Storage, Switch, LAN, Network Cameras, NVR Software Machine, SCS Management Station]<br><br>**Create and customize multiple live views that pull video from numerous DVR's in remote locations.**<br><br>**Access the setup menu on each DVR to adjust schedules, resolutions, and other options** | DVR supports in SCS Software, which converts analog video signals into digital form.<br><br>http://www.toshibasecurity.com/pdf/_datasheets/SCS_Spec_Sheet.pdf |

HAWK '462 Claim Chart — Goodwill Industries of Northwest North Carolina, Inc.

Page 4 of 5

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; | (*Abstract, ll. 1-8*) A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>(*2:66– 3:3*) "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | View cameras from multiple Surveillix recorders on the same screen.<br><br>• **Full Hybrid channels on all models**<br>• **8 to 32 Analog Channels**<br>• **240/480 FPS Analog Recording Rate**<br>• Up to 8TB removable HDD Storage<br>• H.264, MPEG4 and MJPEG codec | In SCS Software, video server displays multiple videos on a single screen with suitable frame rate (temporal parameters) and dimensions in pixel (spatial parameters).<br><br>http://www.toshibasecurity.com/pdf/_datasheets/SCS_PC.pdf |

HAWK '462 Claim Chart — Goodwill Industries of Northwest North Carolina, Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~ *converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image; and | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | **Alarm/Motion Activation:**<br><br>**Automatic adjustment of recording resolutions and recording rates upon the activation of sensor input and/or motion detection.**<br><br>Image Save Directory │ The location to which alarm images are saved. | When alarm inputs are detected, SCS software auto adjust the resolution (spatial parameter) and frame rate (Temporal Parameter) of image/recording.<br><br>http://bit.ly/1cMsHr5<br><br>http://www.toshibasecurity.com/pdf/_manuals/SCS_Operation_Manual.pdf |
| *simultaneously storing the converted images in a storage device.* | *(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **Internal Hard Disk Drive (HDD) storage options to vary in size from 250 GB to 4 TB, depending on model. Internal cold swappable removable hard drives are provided. These hard drives shall all have a physical key lock to ensure they cannot be removed during operation. Maximum combined storage capability is up to 12 TB (4 TB Internal and 8 TB External). Total RAID 5 combined storage** | Recorded videos are stored in Internal Hard Disk Drive (HDD) |